UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF TEXAS
AUSTIN DIVISION

| | |
|---|---|
| JARI MCPHERSON, JERALD SAMS, and DANIEL MARTINEZ,<br>*Plaintiffs,*<br><br>v.<br><br>TEXAS DEPARTMENT OF PUBLIC SAFETY, and Director Steven C. McCraw, in his official capacity,<br>*Defendants.* | §<br>§<br>§<br>§<br>§<br>§<br>§<br>§<br>§<br>§<br>§   Case No. 1:20-cv-01223-DAE |

## DEFENDANT'S NOTICE OF INTERLOCUTORY APPEAL

Defendant Texas Department of Public Safety ("DPS") hereby files this Notice of Interlocutory Appeal to the United States Court of Appeals for the Fifth Circuit from the *Order Granting in Part and Denying in Part Motion for Summary Judgment* (Dkt. #63), entered on February 29, 2024.

DPS moved to dismiss certain claims based on sovereign immunity, among other arguments. The denial of summary judgment based on sovereign immunity is immediately appealable under the collateral order doctrine.[1] This notice divests this Court of jurisdiction during the pendency of the appeal.[2]

---

[1] *Puerto Rico Aqueduct & Sewer Auth. v. Metcalf & Eddy, Inc.*, 506 U.S. 139, 141 (1993) (state entities that claim to be "arms of the State" may take advantage of the collateral order doctrine to appeal a district court order denying a claim of Eleventh Amendment immunity).

[2] *Griggs v. Provident Consumer Disc. Co.*, 459 U.S. 56, 58 (1982); *see also Wooten v. Roach*, 964 F.3d 395, 412 (5th Cir. 2020); *Williams v. Brooks*, 996 F.2d 728, 729–30 (5th Cir. 1993).

Dated: March 19, 2024

Respectfully submitted,

KEN PAXTON
Attorney General of Texas

BRENT WEBSTER
First Assistant Attorney General

JAMES LLOYD
Deputy Attorney General for Civil Litigation

KIMBERLY GDULA
Chief, General Litigation Division

/s/ *Drew L. Harris*
**DREW L. HARRIS**
Texas Bar No. 24057887
Special Counsel for Employment Law
General Litigation Division
Office of the Attorney General
P.O. Box 12548, Capitol Station
Austin, TX 78711-2548
(512) 463-2120 | (512) 320-0667 (FAX)
drew.harris@oag.texas.gov
***ATTORNEYS FOR DEFENDANT***

## CERTIFICATE OF SERVICE

I certify that a copy of the foregoing was served to all counsel via CM/ECF, on this the 19th day of March, 2024.

/s/ *Drew L. Harris*
**DREW L. HARRIS**